IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

MARCUS DWAYNE JOHNSON
(Print your full name)

Plaintiff *pro se*,

v.

DENIS RICHARD MC DONOUGH

SECRETARY

DEPARTMENT OF VETERAN'S AFFAIRS
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:22-CV-1462

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

_____   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

X   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

X   Other (describe) FAILURE TO INHERE THE MASTER COLLECTIVE BARGAINING AGREEMENT WITH AFGE PROHIBITED PERSONNEL PRACTICE/BLACKLISTING

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name    MARCUS DWAYNE JOHNSON

   Address   6692 BIRCHWOOD COURT

   WINSTON, Ga. 30187

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name    DENIS RICHARD McDONOUGH, SECRETARY

   Address   DEPARTMENT OF VETERAN'S AFFAIRS

   810 VERMONT AVENUE NW
   WASHINGTON, DC 20420

   Name

   Address

   Name

   Address

## Location and Time

5. If the alleged discriminatory conduct occurred at a location **different** from the address provided for defendant(s), state where that discrimination occurred:

   GEORGIA NATIONAL CEMETERY
   2025 MOUNT CARMEL CHURCH LANE; CANTON, Ga. 30114

Page 3 of 9

6. When did the alleged discrimination occur? (State date or time period)

AUG 7, 2020; JUL 7, 2020; MARCH 28, 2020
OCT 30, 2018; JUL 17, 2018; Approx APR 2007 TO CURRENT

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    ✓ Yes    ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes    ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:
   _____

9. If you are suing for **age discrimination**, check one of the following:

   _____  60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____  Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_ Yes        \_\_X\_ No        \_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____

    _____

    _____

    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_X\_ Yes        \_\_\_\_ No        \_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    FORMAL COMPLAINT; FINAL AGENCY DECISION
    REQUEST DECISION BY ADMINISTRATIVE JUDGE
    MEDIATION; RESULTED IN AN IMPASSE
    FINAL ORDER

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    __X__ failure to promote me
    _____ demotion
    _____ reduction in my wages
    __X__ working under terms and conditions of employment that differed from similarly situated employees
    __X__ harassment
    __X__ retaliation
    _____ termination of my employment
    _____ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    __X__ my race or color, which is _AFRICAN AMERICAN_
    _____ my religion, which is _____
    _____ my sex (gender), which is _____ male _____ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    __X__ my disability or perceived disability, which is: _ADJUSTMENT DISORDER_

    __X__ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    __X__ other (please specify) _UNION AFFILIATION_

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

1. EVERY SINCE FILING A COMPLIANT OF HARRASSMENT, I HAVE BEEN SINGLED OUT BY MANAGEMENT. THE RESTRICTION OF AVAILABLE RESOURCES WHILE OTHER EMPLOYEES WHERE ALLOWED TO USE THOSE SAME RESOURCES.

2. I HAVE REPORTED TO MANAGEMENT, ON ALL LEVELS, INCIDENTS OF HARRASEMENT TOWARD ME. AFTER REPORTING THE INCIDENT(S) THE VIOLATOR(S) CONTINUED TO HARASS ME. SOMETIMES IN THE PRESENTS OF MANAGEMENT WITH NO ACTION TAKEN. EVEN THOUGH MANAGEMENT IS/WAS AWARE OF MY MEDICAL CONDITION(S) WHEN DEALING WITH THOSE TYPES OF CONDITIONS.

3. MY APPLICATIONS FOR EMPLOYMENT HAVE BEEN RATED LOW IN THE RESUME RATING PROCESS, EVEN THOUGH IT REFLEXS IN THE PARTICULAR CATEGORY BEING EVALUATED. OTHER CANDIDATES WITH LESS ARE SCORED HIGHER IN THAT SAME CATEGORY. AS A RESULT A WHITE MALE WITH LESS TIME AND EXPERIENCE WAS SELECTED FOR THE POSITION. (LESS QUALIFED)

4. I HAVE BEEN ASKED BY MANAGEMENT ABOUT MY MEDICAL INFORMATION THAT WAS DISCLOSED IN AN APPLICATION FOR A CURRENT JOB ANNOUNCEMENT; IN WHICH THE MANAGER WAS ALSO A CANDIDATE. THE MANAGER WAS GIVEN MY MEDICAL INFORMATION BY THE SELETING OFFICIAL.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

CONTINUATION OF PAGE 7 OF 9

5. All JOB ANNOUCEMENTS ADVERTISED; WITH THE EXCEPTION OF ONE; IN WHICH POSSIBLE PROMOTION FOR EXSISTING PERSONNEL HAVE BEEN GIVEN TO NON-BARGINING UNIT MEMBERS, DESPITE BARGINING UNIT MEMBERS BEING QULIFED. INCLUDING POSITIONS OF MANAGEMENT.

6. THE ANNOUCEMENT FOR CEMETERY CARETAKER SUPERVISOR DID NOT REFLEX THE STATUS AS A COLLECTIVE BARGINING UNIT OR THE PRECEDENCE OF SELECTION UNDER THE COLLECTIVE BARGINING AGREEMENT.

7. I HAVE BEEN HARASSED TO THE POINT WHERE IT EFFECTED ME MEDICALLY. I WAS DENIED/DELAYED THE RIGHT TO FILE WORKMAN'S COMPENSATION FOR TREATMENT OF INJURY OR OCCUPATIONAL DISEASE.

15. Plaintiff  __X__  still works for defendant(s)
    _____  no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  _____ Yes  __X__ No

    If you checked "Yes," please explain: _____
    _____
    _____
    _____
    _____
    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  __X__ Yes  _____ No

### Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

_____ Defendant(s) be directed to _PAY LOSS INCOME DUE TO NON-SELECTION OF A HIGHER PAYING POSITION_

__X__ Money damages (list amounts) _$3,000,000 U.S. DOLLARS_

__X__ Costs and fees involved in litigating this case

__X__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __15__ day of __APRIL__, 20__22__

__Marcus Johnson__
(Signature of plaintiff *pro se*)

__MARCUS DWAYNE JOHNSON__
(Printed name of plaintiff *pro se*)

__6692 BIRCHWOOD COURT__
(street address)

__WINSTON, Ga. 30187__
(City, State, and zip code)

__johnson266th@LIVE.COM__
(email address)

__678-447-1272__
(telephone number)

Page 9 of 9

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF EMPLOYMENT DISCRIMINATION COMPLAINT ADJUDICATION**
**WASHINGTON, D.C. 20420**

| | |
|---|---|
| Marcus Johnson,                )<br>                                               )<br>              *Complainant,*      )<br>                                               )       VA Case No. 200I-0922-2020105489<br>              v.                                 )<br>                                               )       EEOC Case No. 410-2021-00384X<br>Secretary,                              )<br>Department of Veterans Affairs, )<br>                                               )<br>              *Agency,*              ) | |

## FINAL ORDER

It is the final action of this Department in the above-referenced matters to accept and fully implement the attached decision of the EEOC administrative judge.

If dissatisfied with this final action, the Complainant may appeal or file a civil action as set forth below.

## RIGHT OF APPEAL

The Complainant may appeal this final action within 30 days of receipt to the following: **Equal Employment Opportunity Commission, Office of Federal Operations (OFO)**, P.O. Box 77960, Washington, DC 20013. If an appeal is filed, EEOC Form 573 should be used. A copy of EEOC Form 573 is attached. **Due to COVID-19 related restrictions, OFO currently does not have access to mail. If desired, the Complainant should file an electronic appeal at https://publicportal.eeoc.gov/Portal/Login.aspx.**

A copy of the appeal to the EEOC **must** also be sent to the VA Office of General Counsel at the following address: **Department of Veterans Affairs, Office of General Counsel (024), 810 Vermont Avenue, NW, Washington, DC 20420**.

Statements or briefs in support of the appeal **must** be submitted to the EEOC within 30 calendar days of the filing of the appeal. A copy of any such statement or brief, including any statements made on EEOC's "Appellant Docketing Statement," must also be sent to the VA's Office of General Counsel at the above address.

If an appeal is filed with the EEOC, the appeal, and any subsequently filed statement or brief, **must** contain a statement certifying the date and method by which copies of these documents were served on the VA's Office of General Counsel.

If the Complainant files an appeal with the Commission beyond the above-noted time limit, the Complainant should provide the Commission with an explanation as to why the appeal should be accepted despite its untimeliness. If the Complainant cannot explain why timeliness should be excused, the Commission may dismiss the appeal as untimely.

## RIGHT TO FILE A CIVIL ACTION

The Complainant also has the right to file a civil action in an appropriate United States District Court. The Complainant may file a civil action:

> Within 90 days of receipt of this final action <u>if no appeal to EEOC has been filed</u>; or
>
> Within 90 days after receipt of the EEOC's final decision on appeal; or
>
> After 180 days from the date of filing an appeal with the EEOC if there has been no final decision by the Commission.

The Complainant must name the official head of the Department of Veterans Affairs, **Denis McDonough**, as the defendant. The Complainant may not name just the Department. The Complainant must also state the official title of the Department head, which is the **Secretary of Veterans Affairs**. Failure to provide the name or official title of the head of the Department may result in dismissal of the case. **Please consult your District Court's website for procedures to file a civil action and any COVID-19 related changes in procedures.**

If the Complainant decides to file a civil action under Title VII (discrimination due to race, color, religion, sex, national origin, or reprisal) or under the Rehabilitation Act of 1973, as amended, (discrimination due to disability), and if the Complainant does not have or cannot afford the services of an attorney, the Complainant may request that the Court appoint an attorney to represent the Complainant and that the Court permit the Complainant to file the action without payment of fees, costs, or other security.

**The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend the time in which to file a civil action. Both the request and the civil action <u>MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS</u> of the date that Complainant receives the final action from the Department or the Commission.

Mary L. Popiden 747966  
Digitally signed by Mary L. Popiden 747966  
Date: 2022.01.11 15:09:48 -05'00'

_____  
MARY LYNNE POPIDEN  
Acting Director, Office of  
Employment Discrimination  
Complaint Adjudication

___1/11/2022___  
Date

Attachment: EEOC Form 573

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF EMPLOYMENT DISCRIMINATION COMPLAINT ADJUDICATION**
**WASHINGTON, D.C. 20420**

**CERTIFICATION OF SERVICE**

Complainant's Name:   Marcus Johnson
Agency Case No.:      200I-0922-2020105489
EEOC Case No.:        410-2021-00384X

     I certify that on this date, the Final Order was sent via electronic mail to the individuals and parties shown below. For timeliness purposes, it shall be presumed that the parties received the Final Order within five (5) calendar days after the date it was sent via electronic mail.

**Complainant:**

Marcus Johnson

johnson266th@live.com

**EEO Manager:**

Nicole Maldon

nicole.maldon@va.gov

**ORMDI Field Office:**

Office of Resolution Management, Diversity, and Inclusion (08J)

ORMSEDCORRESPONDENCE@va.gov

**Agency Representative:**

Kiel Kovalcik

kiel.kovalcik@va.gov

Marcella E Callender 942514
Digitally signed by Marcella E Callender 942514
Date: 2022.01.11 15:03:18 -05'00'

_____
(*Signature of Dispatcher*)

1/11/2022

_____
(*Date of Dispatch*)

**DEPARTMENT OF VETERANS AFFAIRS**
**OFFICE OF EMPLOYMENT DISCRIMINATION COMPLAINT ADJUDICATION**
**WASHINGTON, D.C. 20420**

**TRANSMITTAL OF FINAL ORDER**

**TO:**  The Parties
Representatives of the Parties
ORMDI Field Office

**SUBJ:**  Final Order

    Complainant's Name:    Marcus Johnson
    Agency Case No.:    200I-0922-2020105489
    EEOC Case No.:    410-2021-00384X

Enclosed is the Department's Final Order concerning the above-referenced complaint of employment discrimination.

The Final Order includes a statement explaining the complainant's right of appeal and right to file a civil action.

The transmittal to the complainant and, if applicable, the complainant's representative, includes EEOC Form 573 (MSPB Form 185, if the subject complaint is a "mixed case") for use should the complainant wish to appeal the enclosed Final Order.

If the complainant requested a hearing before an EEOC administrative judge, the transmittal to the ORMDI field office also encloses the hearing record, including the EEOC administrative judge's decision, and/or other miscellaneous correspondence/documents provided to this office by the judge.

Mary L. Popiden 747966
Digitally signed by Mary L. Popiden 747966
Date: 2022.01.11 15:10:24 -05'00'

Mary Lynne Popiden
Acting Director

Enclosures



U.S. Equal Employment Opportunity Commission

**Management Directive 110**

# NOTICE OF APPEAL/PETITION - COMPLAINANT

TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

| Complainant Information: (Please Print or Type) | |
|---|---|
| Complainant's name (Last, First, M.I.): | |
| Home/mailing address: | |
| City, State, ZIP Code: | |
| Daytime Telephone # (with area code) | |
| E-mail address (if any): | |
| **Attorney/Representative Information (if any):** | |
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |
| **General Information:** | |
| Name of the agency being charged with discrimination: | |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | |
| Has a final action been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ☐ Yes Date Received _____ (Remember to attach a copy)<br>☐ No<br>☐ This appeal alleges a breach of a settlement agreement |
| Has a complaint been filed on this same matter with the Commission, another agency, or through any other administrative or collective bargaining procedures? | ☐ No<br>☐ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ☐ No<br>☐ Yes (Attach a copy of the civil action filed) |

NOTICE: Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the Commission Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the Commission and with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, submitted, or faxed to the Commission at the address above.

Please specify any reasonable accommodations you will require to participate in the appeal process:

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | |
| Method of Service on Agency: | |
| Date of Service: | |

PRIVACY ACT STATEMENT ON REVERSE SIDE.

EEOC Form 573 REV 2/09

PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below)

1. **FORM NUMBER/TITLE/DATE:** EEOC Form 573, Notice of Appeal/Petition, February 2009
2. **AUTHORITY:** 42 U.S.C. § 2000e-16
3. **PRINCIPAL PURPOSE:** The purpose of this questionnaire is to solicit information to enable the Commission to properly and effectively adjudicate appeals filed by federal employees, former federal employees, and applicants for federal employment.
4. **ROUTINE USES:** Information provided on this form may be disclosed to: (a) appropriate federal, state, or local agencies when relevant to civil, criminal, or regulatory investigations or proceedings; (b) a Congressional office in response to an inquiry from that office at your request; and (c) a bar association or disciplinary board investigating complaints against attorneys representing parties before the Commission. Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a database for statistical purposes.
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION:** Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

You may send your appeal to:

**The Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Fax it to (202) 663-7022 or submit it through the Commission's electronic submission portal.